**Arkansas Process Service**
128 N. Market St.
Benton, Arkansas 72015
(501) 776-5387 or (501) 840-5855
Fax: (501) 778-5271

STATE OF ARKANSAS)

COUNTY, ARKANSAS)

Case Number: 4:18-CV-774-JM          Date: 10/19/18

Date Received: 10/22/18

Attorney/Individual: Floyd A. Healy, Esq

Plaintiff/Petitioner: Ralph Breashears

Courts:
Circuit____  US District ✓
District____ Probate____
Other: Western District of Arkansas

On this 22 day of Oct, 20 18, at 1:58, P M, I duly served the following:

- ✓ Summons  ☐ Motion  ☐ Letter  ☐ Notice of Petition  ✓ Notice
- ✓ Complaint  ☐ Subpoena  ☐ Order  ☐ R/O  ☐ Exhibits  A
- ☐ Witness Fee: $____  ☐ Notice of right to consent to disposition of case by a State District Court Judge
- ☐ Stand Restraining Order  ☐ Standing Domestic Relations Order
- ✓ Other: Summons in Civil Action; Notice, Consent, and reference of a civil action to a magistrate judge;

Person To Be Served: The City Of Little Rock and Kenton Buckner

AT: 700 W. Markham; Little Rock, AR 72201

By the following manner of Service: POE: ✓  Residence: ____

☐ Other: ____

By delivering a true copy to:
- ✓ The person herein named as: ☐ Plaintiff  ✓ Defendant  ☐ Petitioner
- ☐ Some person residing at the defendant's dwelling, house or usual place of abode who is at least 14 years of age, namely ____
- ☐ The duly designated agent for service of process for the defendant namely: ____
- ☐ Left the documents in the proximity of the individual after he/she refused to receive it/them when offered.

Fee: $ 50.00

Process Server: Newell C. McManus

Subscribed and Sworn to before me this 22 day of Oct, 20__

My commission expires: 7/11/28

Notary Public: Aubrey O. Witcher

[Notary Seal: AUBREY O. WITCHER, MY COMMISSION EXPIRES 07-11-2028, NOTARY PUBLIC, COMM. #12704795, SALINE COUNTY - ARKANSAS]